UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In Re:

Hardline Heavy Haul LLC,
                    Debtor.

_____/

Case No.: 18-22193-dob
Chapter 11
Hon. Daniel S. Opperman

## CERTIFICATE OF SERVICE

1.      I hereby certify that on March 18, 2019, I electronically filed the following papers: ***Debtor's Combined Plan and Disclosure Statement dated March 18, 2019, with all Exhibits*** with the Clerk of the Court using the ECF system, which will send notification of such filing to those parties receiving ECF notice.

2.      I hereby certify that on March 22, 2019, I hereby caused to be served by first class United States mail, postage prepaid, return address indicated, via the United States Postal Service the following: ***Debtor's Combined Plan and Disclosure Statement; Order Granting Preliminary Approval of Disclosure Statement and Scheduling Confirmation Hearing; and Ballot*** to the following parties:

        See attached Matrix.

3.      I hereby certify that on March 22, 2019, I hereby caused to be served by first class United States mail, postage prepaid, return address indicated, via the United States Postal Service the following: ***Debtor's Combined Plan and Disclosure Statement; Order Granting Preliminary Approval of Disclosure Statement and Scheduling Confirmation Hearing; and Ballot*** to the following parties:

        Jill M. Gies
        U.S. Department of Justice
        Office of the U.S. Trustee
        211 W. Fort St., Ste. 700
        Detroit, MI  48226

        Thaddeus A. Piorkowski
        Office of the U.S. Trustee
        U.S. Department of Justice
        211 W. Fort St., Ste. 700
        Detroit, MI  48226

Date: March 22, 2019

/s/ Annette C. Rex_____
Annette C. Rex, Legal Assistant to
J. Joseph Purtell
Birchler, Fitzhugh, Purtell & Brissette, PLC
900 Center Avenue

Bay City, Michigan 48708
Telephone: (989) 892-0591
FAX: (989) 895-8119
Email: jjpurtell@lpsmlaw.com

Drafted by:
J. JOSEPH PURTELL (P29222)
Birchler, Fitzhugh, Purtell & Brissette, PLC
900 Center Avenue
Bay City, Michigan 48708
Telephone: (989) 892-0591
FAX: (989) 895-8119
Email: jjpurtell@lpsmlaw.com

Label Matrix for local noticing
0645-1
Case 18-22193-dob
Eastern District of Michigan
Bay City
Fri Mar 22 10:26:27 EDT 2019

21st Circuit Court for Isabella County
Case No. 18-14883-CB
300 N. Main Street
Mount Pleasant, MI 48858-2378

Aero Industries, Inc.
c/o Steven C. Lynch
33233 Woodward Ave.
Birmingham, MI 48009-0903

Alltran Financial, LP
PO Box 610
Sauk Rapids, MN 56379-0610

Altus GTS Inc.
2400 Veterans Memorial Blvd., Suite 300
Kenner, LA 70062-8725

Attorney General, State of Michigan
Law Building, 7th Floor
525 West Ottawa
Lansing, MI 48933-1067

Belle Tire
1000 Enterprise Drive
Allen Park, MI 48101-3000

Boge, Wybenga & Bradley, PC
215 N. Main Street
Mount Pleasant, MI 48858-2306

Burch Truck & Trailer
5776 Venture Way
Mount Pleasant, MI 48858-1149

CMI Credit Mediators
Fleet Pride
PO Box 456
Upper Darby, PA 19082-0456

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank
PO Box 30285
Salt Lake City, UT 84130-0285

Celco Ltd.
PO Box 932756
Cleveland, OH 44193-0015

Central Auto & Truck, LLC
c/o David J. Gilbert Law Office
306 E. Broadway St., Suite 3
Mount Pleasant, MI 48858-2659

Clare County 80th District Court
225 W. Main
Harrison, MI 48625-8336

Clark Hill, PLC
Attn: Sandra S. Hamilton
200 Ottawa Ave NW, Suite 500
Grand Rapids, MI 49503-2426

Client Services, Inc.
3451 Harry S. Truman Blvd.
Saint Charles, MO 63301-9816

Credit Mediators Inc.
PO Box 456
Upper Darby, PA 19082-0456

D & K Truck Company
c/o Foster, Swift, Collins & Smith PC
313 S. Washington Square
Lansing, MI 48933-2114

(c)ERICH OWENS
SERIOUS SERIES 60 PERFORMANCE
1289 WHITE HALL RD
TURBOTVILLE PA 17772-9103

Fleet Pride
1108 N. Kinney Ave.
Mount Pleasant, MI 48858-1711

Frontline Asset Strategies, LLC
2700 Snelling Ave., N., Suite 250
Saint Paul, MN 55113-1783

Grant Crosby
441 N. Springfield Ave.
Chicago, IL 60624-1112

Grant Crosby
c/o Attorney Brian Smith PC
2260 W. 93rd Avenue
Merrillville, IN 46410-6901

Great American
c/o Pucin & Friedland, P.C.
1699 E. Woodfield Rd., Suite 360A
Schaumburg, IL 60173-4935

Great American Insurance
301 E. 4th Street
Cincinnati, OH 45202-4257

Sandra S. Hamilton
200 Ottawa Ave NW
Suite 500
Grand Rapids, MI 49503-2426

Hardline Heavy Haul LLC
6520 Nottawa Road
Farwell, MI 48622-9223

Hope Gillis
1932 Belmont Drive
Mount Pleasant, MI 48858-1014

IRS
Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

Independent Bank
c/o Sandra S. Hamilton, Clark Hill PLC
200 Ottawa Avenue, NW
Suite 500
Grand Rapids, MI 49503-2426

Independent Bank
230 W. Main Street
Ionia, MI 48846-1655

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Isabella County Trial Court
300 N. Main Street
Mount Pleasant, MI 48858-2378

Karie Boylan
Boylan Law
410 W. University Drive
Rochester, MI 48307-1938

Karie H. Boylan, Esquire
BoylanLaw, P.C.
410 W. University, Suite 201
Rochester, MI 48307-1938

Kenworth
PO Box 2222
Decatur, AL 35609-2222

Katherine Carr Kerwin
3030 W. Grand Blvd.
Suite 10-200
Detroit, MI 48202-6030

Kevin Lendzion, Member
6520 N. Nottawa Road
Farwell, MI 48622-9223

Kohl's
P.O. Box 3043
Milwaukee, WI 53201-3043

Kohl's
PO Box 3084
Milwaukee, WI 53201-3084

Lake Trust Credit Union
4605 S. Old Highway 23
Brighton, MI 48114-7521

Law Offices of Picin & Friedland, PC
1699 East Woodfield Road, Suite 360A
Schaumburg, IL 60173-4935

Melling Partners, LLC
2001 Abbot Road
East Lansing, MI 48823-1400

Michigan Department of Treasury
Bankruptcy Unit
P.O. Box 30168
Lansing, MI 48909
( 48909-7668

Midland Credit Management, Inc.
PO Box 13105
Roanoke, VA 24031-3105

NBC Management Services, Inc.
PO Box 1099
Langhorne, PA 19047-6099

PayPal Credit
PO Box 5138
Lutherville Timonium, MD 21094-5138

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

J. Joseph Purtell
Birchler,Fitzhugh,Purtell &Brissette PLC
900 Center Ave.
Bay City, MI 48708-6189

Renee L. Hickey-Niezgoda
PO Box 172
Rosebush, MI 48878-0172

Road Equipment Parts Center
Credit Department
PO Box 9425
Wyoming, MI 49509-0425

Ronald B. Rich
Ronald B. Rich & Associates
30665 Northwestern Highway
Suite 280
Farmington Hills, MI 48334-3147

Ronald B. Rich & Associates, PLC
30665 Northwestern Highway, Suite 280
Farmington, MI 48334-3147

Royal Truck & Trailer
28930 S. Wixom Road
Wixom, MI 48393-3416

Royal Truck & Trailer Sales & Serv
c/o Ronald B. Rich & Associates
30665 Northwestern Highway
Suite 280
Farmington Hills, MI 48334-3147

Scientific Brake
314 W. Genesee Ave.
Saginaw, MI 48602-5510

State of Michigan Department of Treasury
3030 W. Grand Blvd., Ste 10-200
Detroit, MI 48202-6030

Synchrony Bank
Attn: Bankruptcy Department
PO Box 965061
Orlando, FL 32896-5061

```
Towne Mortgage Company              U.S. Attorney                United States Attorney General
340 E. Big Beaver Road, Suite 220   Attn: Civil Division          U.S. Department of Justice
Troy, MI 48083-1221                 101 First Street, Suite 200   950 Pennsylvania Ave., N.W.
                                    Bay City, MI 48708-5747       Washington, DC 20530-0009


Walker's Truck and Trailer Service
4135 Vondell Parkway
Lansing, MI 48917-4398
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service            (d)Internal Revenue Service      Portfolio Recovery Associates
Centralized Lien Operation          Special Procedures Branch        PO Box 12903
PO Box 145595                       Attn: Bank Section, Mail Code 15  Norfolk, VA 23541
Stop 8420G                          P.O. Box 330500
Cincinnati, OH 45250-5595           Detroit, MI 48232-6500

(d)Portfolio Recovery Associates, LLC  (d)Treasury Department
120 Corporate Blvd.                    State of Michigan
Norfolk, VA 23502                      430 W. Allegan
                                       Lansing, MI 48922
```

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

```
Erich Owens
Serious Series 60 Performance
1259 White Hall Road
Turbotville, PA 17772
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Birchler, Fitzhugh, Purtell &    (d)Independent Bank            End of Label Matrix
                                    c/o Sandra S. Hamilton         Mailable recipients     63
                                    Clark Hill PLC                 Bypassed recipients      2
                                    200 Ottawa Ave., NW, Suite 500 Total                   65
                                    Grand Rapids, MI 49503-2426
```